IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MONICA JONES, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION |
| | ) FILE NO: 4:19-cv-00114 |
| WAL-MART STORES EAST, LP and | ) |
| JOHN DOES (1-5), | ) |
| Defendants. | ) |

**<u>ORDER GRANTING JOINT MOTION TO STAY REMAINING DEADLINES</u>**

Having reviewed the parties' Joint Motion to Stay Remaining Deadlines, and in the interests of judicial economy and for good cause shown,

IT IS HEREBY ORDERED that the Motion to Stay is GRANTED and discovery in this case will be stayed for sixty days from the entry of this Order. The parties are ORDERED AND DIRECTED to notify the Court of settlement or to present a proposed consent amended scheduling order upon expiration of the stay.

IT IS SO ORDERED, this 4th day of March, 2020.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia